**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERASMO ZAVALA ALMANZA, S Z H, | ) ) ) | Civil Action No. 3:26-720 |
| v. | ) ) ) | Judge Stephanie L. Haines |
| LEONARD ODDO, et al. | ) | |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.     **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.  The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

2.     **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.      **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4.     **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **30 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

5.      **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 20th day of April 2026.

BY THE COURT:

/s/ Stephanie L. Haines
STEPHANIE L. HAINES
United States District Judge