IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERASMO ZAVALA ALMANZA and )
S.Z.H., )
 ) 3:26-CV-00720-SLH
        Petitioners, )
 )
 ) STEPHANIE L. HAINES
    vs. ) UNITED STATES DISTRICT JDUGE
 )
LEONARD ODDO, *in his official capacity* )
*as Facility Administrator of the Moshannon* )
*Valley Processing Center, et al.*, )
 )
        Respondents. )

## MEMORANDUM ORDER

### I.    Background

Now pending before the Court is Petitioners Erasmo Zavala Almanza ("Mr. Zavala Almanza") and S.Z.H. (collectively, "Petitioners") "Motion for Temporary Restraining Order" ("Motion for a T.R.O.") (ECF No. 2) and Motion for Preliminary Injunction (ECF No. 13).

Mr. Zavala Almanza represents that he is currently detained at Moshannon Valley Processing Center ("MVPC") and is the court-appointed guardian and primary care-giver of his infant U.S. citizen granddaughter, S.Z.H. He asserts that he is not under an order of removal but, nonetheless, is facing potential removal from the United States. He claims that he is not being afforded legal protections due to him in light of his pending actively processing U-Visa petition, submitted January 8, 2026. The outcome of the U-Visa remains pending.

As a result of the foregoing, on April 20, 2025, the Court entered a Temporary Restraining Order ("T.R.O.") barring Respondents from removing Mr. Zavala Almanza from the United States until further order of Court. ECF No. 8, p. 2. The Court entered its T.R.O. on Monday, April 20, 2026, at 4:09 P.M. and the T.R.O. was due to expire on Monday, May 4, 2026, at 4:09 P.M. The

1

Court found good cause (i.e., to provide time to hear and consider argument) to extend the T.R.O. for 14 days until May 18, 2026, at 4:09 PM (ECF No. 11).[1] The Court received briefing (ECF Nos. 9, 10) and heard argument on the T.R.O. on May 13, 2026.

Now, once again, the Court finds that good cause exists to extend the T.R.O. to Monday, June 1, 2026, at 4:09 P.M. The Court must provide Respondents with ample time to respond the Petitioner's preliminary injunction as the issues are interrelated with the issues of the T.R.O. and it must perform a thorough investigation of all pleadings before issuing its opinion on important matters. Having reviewed the parties' submissions to date, the Court is satisfied that there is support for a continued T.R.O. barring Mr. Zavala Almanza's removal from the country at this time. Indeed, Petitioners have raised significant claims that *may* warrant relief via a preliminary injunction. Second, and relatedly, Petitioners' arguments, as well as Respondents' contentions in response, raise complicated legal issues. Therefore, if the Court issues a snap judgment, it may err in matters that are of significant import. All of this counsels against hastily ruling on Petitioners' requests for relief. However, if the Court does not rule quickly on Petitioners' requests, and if the Court does not extend the T.R.O. until Monday June 1st, the Court runs a risk of potentially seeing an individual removed from the country without the benefit of legal protections due to him.

Given all of the foregoing, the Court finds that good cause exists to extend the T.R.O. until June 1, 2026, at 4:09 P.M., which will enable the Court to receive all pleadings from the parties regarding Petitioners' requests for injunctive relief and issue a decision that appropriately addresses and takes stock of the consequential legal and personal issues at stake in this matter.

---

[1] A T.R.O. expires "at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record." FED. R. CIV. P. 65(b)(2).

Therefore, the Court enters the following Order:

## **ORDER OF COURT**

AND NOW, this 14th day of May, 2026, IT IS HEREBY ORDERED that the T.R.O. that the Court entered at ECF No. 8 is EXTENDED until Monday, June 1, 2026, at 4:09 P.M. FED. R. CIV. P. 65(b)(2). Accordingly, Respondents shall not remove Mr. Zavala Almanza from the country until that date and time, or until further order of this Court, whichever is earlier.

IT IS FURTHER ORDERED that counsel for Respondents shall provide to the Court its Response to Petitioners' Motion for Preliminary Injunction (ECF No. 13) on or before **Thursday, May 21, 2026**. Respondents shall include along with their Brief any *evidence or legal argument* they have to support that Petitioner never departed the United States and that his final order of removal remains unexecuted.

IT IS FURTHER ORDERED that the Petitioners may submit a Reply, if they wish. Such briefing shall not exceed twenty (20) pages, and is due to the Court on or before **Monday, May 25, 2026.**

BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

3