## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZAVALA ALMANZA et al.                              )
                                                    ) Civil Action No. 3:26-cv-000720-SLH
Plaintiff,                                          )
                                                    )
                                                    )
vs.                                                 )
                                                    )
                                                    )
                                                    )
ODDO et al,                                         )
                                                    )
                                                    )
Defendants.                                         )

## ORDER FOR THE RETURN OF CASH BOND

AND NOW, this 2nd day of June, 2026, pursuant to a final judgment entered

pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Petitioners and against

Respondents,

IT IS HEREBY ORDERED and DIRECTED that the Clerk of Court of the Western District of

Pennsylvania return the cash bond held in the local Registry in the amount of **$1.00** to:

**Sean M. Cooper**
**6484 Calle Placido Drive**
**El Paso, Texas 79912**

Jennifer M. Tully
Prepared by

_____
United States District Judge